HARRY FLISS, as President of Local 95 Individual Window Cleaners Union of The Building Service Employees International Union of the American Federation of Labor, an Unincorporated Association Consisting of Over Seven Members, Appellant, v. JAKE WALLACH, Also Known as JACK WALLACH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CROYDON GALLERIES, INC., Appellant, v. ARTHUR MURRAY and KATHRYN MURRAY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN J. KELLEY, Ancillary Administrator of the Estate of DELIA KELLEY, an Absentee, for an Order Directing the City Treasurer to Turn over Fund in His Custody, to the Credit of DELIA KELLEY, Absentee, in the Matter of the Estate of WILLIAM J. KELLEY, Deceased. JOHN J. KELLEY, Ancillary Administrator of the Estate of DELIA KELLEY, Absentee, Appellant; THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [174 Misc. 53.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO FRANCESKINI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEVIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LENORA KELLY JONES, Respondent, v. MILNAG LEASING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE WISSER, Appellant, v. TIDE WATER ASSOCIATED OIL COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.